B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re **Sharleta Hubbard**　　　　　　　　　　　　　　　　　　Case No. **15-14901**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> **Bayview Financial Loan** | **Describe Property Securing Debt:** <br> Home: <br><br> **4527 Grouse Place** <br> **Waldorf, MD 20603** |
|---|---|

Property will be (check one):
　☐ Surrendered　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　■ Other. Explain **Retain and keep making monthly payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　　☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> **GM Financial** | **Describe Property Securing Debt:** <br> Auto: 2006 Mercedes |
|---|---|

Property will be (check one):
　■ Surrendered　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐ Claimed as Exempt　　　　　　　■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES　　　☐ NO |
|---|---|---|

B8 (Form 8) (12/08) Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **April 18, 2015**             Signature   **/s/ Sharleta Hubbard**
                                                **Sharleta Hubbard**
                                                Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
### District of Maryland

In re  **Sharleta Hubbard**                             Case No.  **15-14901**
                         Debtor(s)                       Chapter   **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 18, 2015**, a copy of **Debtor's Statement of Intention** was served by regular United States mail to all interested parties, the Trustee and all creditors listed below at the listed addresses.

**Bayview Financial Loan**
Bankruptcy Dept
4425 Ponce De Leon Blvd 5th Fl
Miami, Florida 33146

**GM Financial**
PO BOX 183853
Arlington, TX 76096

**/s/ Vanessa Pacheco Bell**
**Vanessa Pacheco Bell 19272**
**Law Offices of Vanessa Pacheco Bell**
**5335 Wisconsin Avenue NW Suite 440**
**Washington, DC 20015**
**2024454775**
**vanessa@bellbankruptcy.com**